Gene HAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62978.

Missouri Court of Appeals,
Western District.

Sept. 7, 2004.

Susan Lynn Hogan, Appellate Defender, Jefferson City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., VICTOR C. HOWARD, JJ.

## ORDER

PER CURIAM.

Gene Hayes ("Appellant") appeals the denial of his Rule 24.035 motion by the Johnson County Circuit Court. Appellant sought to vacate his conviction for involuntary manslaughter, § 565.024, RSMo.2000, for which he was sentenced to seven years imprisonment. Appellant failed to timely file his motion for post-conviction relief under Rule 24.035. The judgment is affirmed. Rule 84.16(b).